## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**CLARE LAND, LLC,**

     **Plaintiff,**

**v.**

                            **Case No.**

**US ARMY CORPS OF ENGINEERS**
**JACKSONVILLE DISTRICT, A SUBDIVISION**
**OF THE UNITED STATES OF AMERICA AND**
**SOUTH FLORIDA WATER MANAGEMENT**
**DISTRICT, A POLITICAL SUBDIVISION OF**
**DIVISION OF STATE OF FLORIDA,**

     **Defendants.**

_____/

## DEFENDANT U.S. ARMY CORPS OF ENGINEERS NOTICE OF REMOVAL

**TO:** **THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION**

The United States of America, on behalf of the U.S. Army Corps of Engineers, removes this action from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida to the United States District Court for the Middle District of Florida, Fort Myers Division.   Removal is based upon the following:

1.   The U.S. Army Corps of Engineers is named as a defendant in the above-captioned civil action now pending in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, Civil Action No. 20-CA-6799.

2.    As set forth in the complaint appended hereto in Exhibit A, Plaintiff seeks to quiet title of property in Lee County, Florida in which the U.S. Army Corps of Engineers has a recorded easement.

3.    This action is removable pursuant to 28 U.S.C. § 1442(a)(1) because it is an action against "[t]he United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office . . . ."

4.    A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, pursuant to 28 U.S.C. § 1446(d), promptly after the filing of the original of this Notice in this Court.

5.    The United States is filing, concurrently with this Notice of Removal, true and legible copies of all documents obtained by counsel for the United States from the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, as contemplated by 28 U.S.C. § 1447(b) and Local Rule 4.02(b).

**WHEREFORE**, the United States of America hereby removes the above-captioned action now pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida to this Court.

///

///

///

DATED this 13th day of January, 2021

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   /s/ *Chad C. Spraker*
CHAD C. SPRAKER
Assistant United States Attorney
USA NO. 198
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Fax: (239) 461-2219
Email: Chad.Spraker@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 13th day of January, 2021, a copy of the foregoing document was served on the following person(s) by the following means.



|          |                           |
|----------|---------------------------|
| _____ | CM/ECF                    |
| _____ | Hand Delivery             |
| __1, 2__ | U.S. Mail                 |
| _____ | Overnight Delivery Service|
| _____ | Fax                       |
| __1__    | E-Mail                    |

1.  Law Office of Ketih A. Fousek
    Counsel for Plaintiff
    6400 SW 16th Street
    North Lauderdale, FL 33068
    eservice.kfouseklaw@gmail.com

2.  South Florida Water
    Management District
    Florida Department of Financial Services,
    Division of Risk Management
    200 E. Gaines Street
    Tallahassee, Florida 32399-0338

                                 /s/ *Chad C. Spraker*
                                   CHAD C. SPRAKER
                                   Assistant United States Attorney
                                   USA NO. 198
                                   2110 First Street, Suite 3-137
                                   Fort Myers, Florida 33901
                                   Telephone: (239) 461-2200
                                   Fax: (239) 461-2219
                                   Email: Chad.Spraker@usdoj.gov