UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLARE LAND, LLC,

    Plaintiff,

v.                            Case No. 2:21-cv-00034-JLB-MRM

U.S. ARMY CORPS OF ENGINEERS and
SOUTH FLORIDA WATER MANAGEMENT
DISTRICT,

    Defendants.
_____/

## ORDER

Plaintiff has filed a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 14.)  The notice is self-executing.  Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  The Clerk is **DIRECTED** to terminate any pending motions and close the file.

**ORDERED** in Fort Myers, Florida, on February 23, 2021.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE